**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 10, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00284-CV

---

## ROBIN D. BAIWIR AND STACY L. BAIWIR, Appellants

### V.

## BANK OF AMERICA, N.A., OCWEN LOAN SERVICING, LLC AND U.S. BANK, NATIONAL ASSOCIATION, Appellees

---

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2011-43636**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 10, 2014. On June 4, 2014, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.